IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DON EARL LEWIS                                                                                          PLAINTIFF

      v.                                         Civil No. 4:12-cv-04100

MARTY BRAZELL; and
ERICA CALLWOOD                                                                                    DEFENDANT


DON EARL LEWIS                                                                                          PLAINTIFF

V.                                                       CIVIL NO. 4:12-cv-04139

STEPHEN WARD                                                                                       DEFENDANT

**O R D E R**

    Plaintiff Don Lewis proceeds *pro se* and *in forma pauperis* in this action pursuant to 42 U.S.C. § 1983. Plaintiff is currently incarcerated in the Arkansas Department of Corrections Cummins Unit in Grady, Arkansas.

    Upon review of the files in the above captioned matters, I find that these actions involve common questions of law and fact and that, for such reason, these matters should be and hereby are consolidated for pretrial and trial pursuant to the provisions of Federal Rule of Civil Procedure 42.

    Accordingly, the Clerk is **DIRECTED** to file a copy of this Order in each case listed above. In the future, case number 4:12-cv-04100 shall be considered the lead case and all pleadings will be docketed to that case. The Clerk is also **DIRECTED** to add to the lead case number 4:12-cv-04100 any Defendants named in case 4:12-cv-04139 who were not previously listed as Defendants in case 4:12-cv-04100. Finally, the Clerk is DIRECTED to file any pending motions from 4:12-cv-4139 on

the docket in the lead case 4:12-cv-04100.  **The parties are directed to include both case numbers on all future pleadings sent for filing.**

    **IT IS SO ORDERED** this **7th day of April 2014.**


                            /s/ Barry A. Bryant  
                            HON. BARRY A. BRYANT  
                            UNITED STATES MAGISTRATE JUDGE