IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DON EARL LEWIS                                                                                    PLAINTIFF

      v.                              Civil No. 4:12-cv-04100

MARTY BRAZELL; and
ERICA CALLWOOD                                                                               DEFENDANT


DON EARL LEWIS                                                                                    PLAINTIFF

V.                                              CIVIL NO. 4:12-cv-04139

STEPHEN WARD                                                                                 DEFENDANT

## ORDER

By order dated June 16, 2015, the Court appointed Cory Floyd as counsel for Plaintiff pursuant to 28 U.S.C. § 1915(e)(1). Currently before the Court is Plaintiff's Application for Disbursement and Request to Expend in Excess of Five-Hundred Dollars. (ECF No. 81).

In this Application, Plaintiff seeks reimbursement for photocopies of the pleadings in this matter in the amount of $98.75. The Court finds the request reasonable and made in compliance with Local Rule 83.6 and hereby approves of Plaintiff's reimbursable expenditure of $98.75 for copies related to litigating this matter.

Accordingly, Plaintiff's Application for Disbursement of $98.75 (ECF No. 81) is hereby **GRANTED.** The Court orders that the Clerk of the Court disburse money from the Library Fund in the amount of $98.75 and distribute it to Plaintiff's Counsel, Cory Floyd. A copy of this Order, together with the application, shall be placed in the Library Fund file maintained by the Clerk of

the Court.

Further, in the Application, Plaintiff requests approval to incur expenses for travel and further photocopies in preparation for trial. Mr. Floyd seeks to travel to Malvern, Arkansas (place of Plaintiff's incarceration) twice before trial and also to make photocopies of materials for trial. Plaintiff estimates the costs of this travel and photocopies will exceed $500. The approval of an unknown and unlimited amount for travel and photocopying is hereby **DENIED**.

While the Court is likely to approve reasonable expenditures for photocopying and travel in preparation of trial, it cannot grant Plaintiff a blanket approval without a more detailed estimate of the costs. According to Local Rule 83.6, all requests by attorneys for disbursements or requests for approval of expenditures shall be by written application and contain a "detailed itemization of all costs and expenses for which the disbursement or expenditure is requested." Local Rule 83.6, Ex. A. The Court does not require Plaintiff to predict the exact costs of trial preparation, however, the Court will not grant an unlimited approval of trial preparation expenditures.

If Counsel finds that he is in need of expending more than $500 for travel and photocopying in preparation of trial, he may resubmit an application for approval of these expenditures including an estimated amount of the costs to be approved. The Court will then reconsider Plaintiff's application for approval of expenditures of funds.

**IT IS SO ORDERED this 9th day of July 2015.**

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge