IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DON EARL LEWIS                                                                    PLAINTIFF

            v.                          Civil No. 4:12-cv-04100

MARTY BRAZELL; and
ERICA CALLWOOD                                                                   DEFENDANT


DON EARL LEWIS
                                                                          PLAINTIFF

V.                                   CIVIL NO. 4:12-cv-04139

STEPHEN WARD                                                                     DEFENDANT

**O R D E R**

     Plaintiff Don Lewis proceeds in this action *in forma pauperis* and pursuant to 42 U.S.C.

§ 1983.  Plaintiff is currently incarcerated in the Arkansas Department of Corrections, Ouachita

River Unit in Malvern, Arkansas ("ADC").  This matter is set for trial the week of August 24,

2015.  On July 21, 2015, the Court issued an Order requesting Defendants produce Shane Johnston

as a witness for trial.  Defendants responded stating that Mr. Johnston is no longer employed with

Miller County and provided his last known address under seal.  (ECF No. 89).

     Because Plaintiff proceeds in this matter *in forma pauperis,* the Court will issue subpoenas

and writs for those of Plaintiff's trial witnesses the Court deems appropriate.  The Court has already

determined Shane Johnston is an appropriate witness in its July 21, 2015 Order.  Therefore, the

Court will issue a subpoena for Shane Johnston for Plaintiff's counsel to serve.  The Court will

also consider an application for reimbursement of service costs from Plaintiff's counsel.

     Accordingly, the Clerk of the Court is **DIRECTED** to issue a subpoena directed to Shane

Johnston at the address provided under seal by Defendants (ECF No. 89) requiring his presence before this Court in Texarkana, Arkansas on August 24, 2015 at 9:00 a.m. to testify in the above entitled proceeding.  The Clerk is **DIRECTED** to mail the subpoena by certified mail with return receipt to Cory J. Floyd, Norton Wood LLP, 315 Main Street, Texarkana, Texas 75504.  Plaintiff's counsel may then serve the subpoena on Mr. Johnston.

 **IT IS SO ORDERED** this 4th day of August 2015.


     //s/ Susan O. Hickey   
     Susan O. Hickey
     United States District Judge