IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DON EARL LEWIS                                                                                   PLAINTIFF

v.                          Civil No. 4:12-cv-04100

MARTY BRAZELL; and
ERICA CALLWOOD                                                                               DEFENDANT


DON EARL LEWIS
                                                                                                              PLAINTIFF

V.                          CIVIL NO. 4:12-cv-04139

STEPHEN WARD                                                                                  DEFENDANT

# **O R D E R**

  Currently before the Court is Plaintiff's Motion in Limine (ECF No. 72). Plaintiff filed this Motion in Limine on May 14, 2015 before he was appointed counsel in this matter. On August 18, 2015, Plaintiff's appointed counsel filed a Notice withdrawing this Motion in Limine. (ECF No. 103). Accordingly, Plaintiff's Motion in Limine (ECF No. 72) is **DENIED** as moot.

  **IT IS SO ORDERED** this 19th day of August 2015.

                /s/ Susan O. Hickey
                Susan O. Hickey
                United States District Judge