IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DON EARL LEWIS                                                                          PLAINTIFF

              v.                          Civil No. 4:12-cv-04100

MARTY BRAZELL; and
ERICA CALLWOOD                                                    DEFENDANT

DON EARL LEWIS                                                                          PLAINTIFF

V.                                        CIVIL NO. 4:12-cv-04139

STEPHEN WARD                                                              DEFENDANT

## JUDGMENT

A bench trial was held in this matter on August 24, 2015.  For the reasons stated in the Findings of Fact and Conclusions of Law of even date all of Plaintiff's official capacity claims and Plaintiff's individual capacity claims against Defendant Marty Brazell are hereby **DISMISSED** with prejudice.   Plaintiff's individual capacity claims against Defendant Michael Bryan are hereby **DISMISSED** without prejudice.

Further, judgment is hereby entered in favor of Don Earl Lewis against Defendants Stephen Ward and Erica Callwood.  An award of nominal damages in the amount of $1.00 is hereby entered against each Defendant for a total award of $2.00.

This Judgment dispenses with all of Plaintiff's remaining claims and the above referenced cases are hereby closed.

**IT IS SO ORDERED this 28th day of September 2015.**

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge